UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

**FILED**

FEB 25 2011

CLERK

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

| | | |
|---|---|---|
| KURT JAMES BOWERS, | * | CIV 10-4006 |
| | * | |
| Petitioner , | * | |
| | * | JUDGMENT |
| -vs- | * | |
| | * | |
| WARDEN, FEDERAL PRISON CAMP, | * | |
| YANKTON, | * | |
| | * | |
| Respondent. | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

In accordance with the Memorandum Opinion issued on today's date,

IT IS HEREBY ORDERED THAT JUDGMENT is entered in favor of Respondent and
habeas corpus relief is denied Petitioner on all claims for which exhaustion of administrative
remedies was not required, and all claims requiring exhaustion of remedies are dismissed
without prejudice.

Dated this 24th day of February, 2011.

BY THE COURT:

Lawrence L. Piersol
United States District Judge

ATTEST:
JOSEPH HAAS, CLERK

BY: _____

   (SEAL)     DEPUTY